UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALE T. GOLDEN, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

PARLER, INC.,

        Defendant.

Case No. 22-1893

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03, Defendant Parler, Inc. makes the following disclosure statement:

- Parent corporations owning 10% or more of Defendant's stock: NDMAscendant, LLC, and Parler Nashville LLC

- Publicly held companies owning 10% or more of Defendant's stock: none

- Persons that might have an interest in the outcome: none

- Entities with publicly traded shares or debt potentially affected by the outcome: none

- Additional entities likely to actively participate: none

- Each person arguably entitled to restitution: none

August 25, 2022                                         Respectfully submitted,

/s/ Neil P. DiSpirito
Neil P. DiSpirito
BROWN RUDNICK LLP
601 Thirteenth Street NW, Suite 600
Washington, DC 20005
Tel.: (202) 536-1794
Fax: (617) 289-0794
ndispirito@brownrudnick.com

*Counsel for Defendant*

### Rule 3.03 Certification

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

/s/ Neil P. DiSpirito

-2-